FILED _____ _____ ENTERED _____ RECEIVED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDY HERNANDEZ-GOMEZ,<br><br>Defendant. | 2:18-cr-00282-KJD-VCF<br><br>Preliminary Order of Forfeiture |

This Court finds that defendant Fredy Hernandez-Gomez pled guilty to Count One of a One-Count Criminal Information charging him with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Criminal Information, ECF No.29; Change of Plea, ECF No.32; Plea Agreement, ECF No.31.

This Court finds defendant Fredy Hernandez-Gomez agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No.29; Change of Plea, ECF No.32; Plea Agreement, ECF No.31.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which defendant Fredy Hernandez-Gomez pled guilty.

The following property is (1) any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which

1   contains any such visual depiction, which was produced, transported, mailed, shipped or received

2   in violation of Title 18, United States Code, Section 2252A(a)(2) and (2) any property, real or

3   personal, used or intended to be used to commit or to promote the commission of Title 18,

4   United States Code, Section 2252A(a)(2) or any property traceable to such property, and is

5   subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3):

6   An LG Cricket cell phone, Model K540, bearing serial number 701CYWC450217 (property).

7           This Court finds that the United States of America may amend this order at any time to

8   add subsequently located property or substitute property to the forfeiture order pursuant to Fed.

9   R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

10          This Court finds the United States of America is now entitled to, and should, reduce the

11  aforementioned property to the possession of the United States of America.

12          NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

13  the United States of America should seize the aforementioned property.

14          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights,

15  ownership rights, and all rights, titles, and interests of Fredy Hernandez-Gomez in the

16  aforementioned property are forfeited and are vested in the United States of America and shall be

17  safely held by the United States of America until further order of the Court.

18          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of

19  America shall publish for at least thirty (30) consecutive days on the official internet government

20  forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited

21  property, state the time under the applicable statute when a petition contesting the forfeiture must

22  be filed, and state the name and contact information for the government attorney to be served

23  with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code,

24  Section 853(n)(2).

25          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or

26  entity who claims an interest in the aforementioned property must file a petition for a hearing to

adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be

signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code,

Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature

and extent of the petitioner's right, title, or interest in the forfeited property and any additional

facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no

later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than

sixty (60) days after the first day of the publication on the official internet government forfeiture

site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if

any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at

the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described

herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate

agency following publication of notice of seizure and intent to administratively forfeit the above-

described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies

of this Order to all counsel of record.

DATED this 24th day of October , 2018.


_____
UNITED STATES DISTRICT JUDGE


3